**LAWRENCE BREAUX, Intervener and Owner of One Dodge Roadster Automobile, Plaintiff in Error, v. UNITED STATES OF AMERICA, Defendant in Error.**[*]

Circuit Court of Appeals, Fifth Circuit. April 9, 1928.

No. 5243.

In Error to the District Court of the United States for the Western District of Louisiana; Benjamin C. Dawkins, Judge.

25 F.(2d)—58            [*]Rehearing denied May 25, 1928.

Thos. Arthur Edwards, of Lake Charles, La., for plaintiff in error.

Philip H. Mecom, U. S. Atty., and Frank O. Chavez, Asst. U. S. Atty., both of Shreveport, La.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment (25 F. [2d] 912) is affirmed.